UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-41 |
| v. | * | SECTION: "D" |
| CURTIS SQUIRE<br>a/k/a "CURT" | * | |

\* \* \*

## FACTUAL BASIS

The defendant, **Curtis Squire, a/k/a "Curt" ("Squire")**, has agreed to plead guilty as charged to Count One of the Indictment. Count One charges the defendant with possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Should this matter have gone to trial, the Government would have proven through the introduction of competent testimony and other admissible evidence, the following facts beyond a reasonable doubt, to support the allegations in the Indictment. All of the events below occurred within the Eastern District of Louisiana.

On February 25, 2024, members of the New Orleans Police Department (NOPD) were executing an arrest warrant for **SQUIRE**. Through surveillance and investigation, officers developed 2333 Desire Street, New Orleans, Louisiana as a residence of **SQUIRE's**. On February 25, 2024, officers surrounded the residence and established a perimeter. Officers made an announcement for occupants of the residence to exit. A known female exited the residence. Later, **SQUIRE** exited the residence along with three children. Officers executed a search warrant on 2333 Desire Street and recovered a Glock model 23C, .40 caliber pistol, bearing serial numbers GHU659 under the oven. That pistol contained a large capacity magazine and 20 live .40 caliber rounds.

**SQUIRE** admits that he resided at 2333 Desire Street. **SQUIRE** admits that he knowingly

1

AUSA SD
Defendant SS
Defense Counsel AM

possessed the Glock model 23C, .40 caliber pistol, bearing serial numbers GHU659. **SQUIRE** admits that prior to possessing the firearm and ammunition he had been convicted of a crime punishable by a term of imprisonment in excess of one year, namely, a conviction on June 28, 2018, in Criminal District Court for the Parish of Orleans, Case Number 537-210, for conspiracy to distribute heroin, distribution of heroin, conspiracy to possess a firearm with a controlled dangerous substance, possession of a firearm with a controlled dangerous substance, conspiracy to obstruct justice, obstruction of justice, and conspiracy to possess stolen things in violation of LA-R.S. 40:(979)966, LA-R.S. 40:966, LA-R.S. 14:(26)95(E), LA-R.S. 14:95(E), LA-R.S. 14:(26)130.1, LA-R.S. 14:130.1, and LA-R.S. 14:(26)69; and a conviction on July 8, 2018, in the 24th Judicial District for the Parish of Jefferson, Case Number 17-3851, for Simple Burglary and Unauthorized Use of a Motor Vehicle, in violation of LA-R.S. 14:62 and LA-R.S. 14:68.4. **SQUIRE** further admits that before possessing the firearm and ammunition, **SQUIRE** knew of the predicate convictions because he pled guilty in these cases and he knew that the convictions were punishable by a term of imprisonment in excess of one year because at the time of these pleas he was represented by counsel and advised of the penalties.

**SQUIRE** admits that prior to his possession of the firearm and ammunition, both traveled in interstate commerce. If called to testify, a member of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) would testify, as an expert and under oath, that the Glock model 23C, .40 caliber pistol, bearing serial numbers GHU659, and the ammunition were manufactured outside the state of Louisiana.

This proffer of evidence is not intended to constitute a complete statement of all facts known to the Government, but rather is a minimum statement of facts intended to prove the necessary factual

AUSA SD
Defendant CS
Defense Counsel Am

predicate for the guilty plea. The limited purpose of this factual basis is to satisfy the Court that there is a sufficient basis in fact for **SQUIRE**'s guilty plea.

**READ AND APPROVED:**

_____      1/27/2025
SARAH DAWKINS     Date
Assistant United States Attorney

_____     1/28/25
ANNALISA MIRON     Date
Counsel for Defendant

_____     1-28-25
CURTIS SQUIRE     Date
Defendant