UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 24-041 |
| CURTIS SQUIRE | * | SECTION: “D” |

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**
**FROM THE JUDGMENT OF THE DISTRICT COURT**

Notice is hereby given that Curtis Squire, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from his conviction and the final judgment on May 20, 2025, in the above captioned case.

Respectfully submitted, this 23rd day of May, 2025.

CLAUDE J. KELLY
Federal Public Defender

/s/Annalisa Mirón
ANNALISA MIRÓN
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar # 36913
e-mail: annalisa_miron@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Sarah Dawkins, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Annalisa Mirón
ANNALISA MIRÓN
Assistant Federal Public Defender